## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| **Geneva Smith,** | |
| **Plaintiff,** | **No. 1:23-CV-294** |
| **vs** | |
| **Tetra Tech EC, Inc., Tetra Tech, Inc., CMC, Inc., and John Doe,** | **JURY DEMANDED** |
| **Defendants.** | |

## AMENDED COMPLAINT

Geneva Smith hereby sues defendants, Tetra Tech EC, Inc., Tetra Tech, Inc., CMC, Inc., and John Doe for damages arising out of an incident that occurred on October 5, 2022. Pursuant to Rule 8.01 of the Tennessee Rules of Civil Procedure, Ms. Smith describes her claims as follows:

### PARTIES

1. Geneva Smith is an adult who resides in Hamilton County, Tennessee.

2. Defendants Tetra Tech EC, Inc., and Tetra Tech, Inc. (hereinafter collectively referred to as "Tetra Tech"), are businesses that were formed in Delaware and that maintain principal places of business in Pasadena, California. Defendants both maintain a registered agent at CT Corporation System, located in Knoxville, Tennessee.

3. Upon information and belief, Defendant CMC, Inc. (hereinafter referred to as "CMC") is a Kentucky corporation with a principal place of business at 1151 Jessamin Station Pike, Nicholasville, KY 40356. According to the Kentucky Secretary of State website, the agent for service of process for CMC is Clay M. Corman, 2601 Wilmore Road, Nicholasville, KY

40356.

4.    Upon information and belief, Defendant CMC, Inc. (hereinafter referred to as "CMC") is a Kentucky corporation with a principal place of business at 1151 Jessamin Station Pike, Nicholasville, KY 40356.  According to the Kentucky Secretary of State website, the agent for service of process for CMC is Clay M. Corman, 2601 Wilmore Road, Nicholasville, KY 40356.

5.    John Doe is a currently unknown contractor.

## JURISDICTION AND VENUE

6.    Jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. § 1332 and because the incident giving rise to this case occurred in Chattanooga, Tennessee.

## BACKGROUND

7.    Upon information and belief, Tetra Tech is a company that provides environmental consulting and engineering services.

8.    Upon information and belief, CMC is a company that specializes in environmental remediation projects.

9.    Tetra Tech and CMC work as contractors for the U.S. Environmental Protection Agency (hereinafter referred to as the "EPA").

10.    Upon information and belief, in 2022, Tetra Tech and/or CMC were contracted by the EPA to perform soil sampling in Chattanooga.

11.    Upon information and belief, Tetra Tech and/or CMC had the responsibility for excavating the site and cleaning the site.

12.    In or around June 2022, Tetra Tech and/or CMC did soil sampling at 2102 Oak Street, Chattanooga, Tennessee, 37404.

13.     In or around June 2022, Tetra Tech and/or CMC excavated the site at 2102 Oak Street, Chattanooga, Tennessee, 37404.

14.     Geneva Smith owns and lives at the residence at 2102 Oak Street, Chattanooga, Tennessee, 37404

15.     Defendants removed the walkway leading up to the steps and a portion of the last step.

16.     Ms. Smith was exiting her house and fell as a result of the unfinished step.

17.     As a result of the fall, Ms. Smith suffered severe bodily injuries.

18.     At all times, Ms. Smith conducted herself in a safe and prudent manner.

## NEGLIGENCE

19.     Defendants are liable to Plaintiff as a result of Defendants' negligence.

20.     Defendants owed the following duties to Ms. Smith:

   a.     To excavate Ms. Smith's property and home in a manner that avoids unnecessary dangers.

   b.     To immediately fix all unnecessary dangers caused by the excavation.

   c.     To respond in a timely manner to reports by Ms. Smith concerning dangers created by the excavation.

   d.     To employ persons who are qualified and trained to recognize and fix unnecessary dangers caused by the excavation.

21.     Defendants breached one or multiple of the above duties. This breach constitutes negligence.

## JOHN DOE

22.     Defendant John Doe is an unknown contractor hired to perform soil sampling, excavation, yard maintenance, or clean up in Chattanooga. Plaintiff alleges that John Doe or its

employees were negligent in their excavation and repair of Ms. Smith's residence.

## DAMAGES

23.     Defendants' negligence caused Ms. Smith to suffer injuries.

24.     Generally, Ms. Smith suffered the following injuries and losses as a result of the fall described above:

   a.     Medical bills and expenses, both in the past and continuing into the future;

   b.     Pain, suffering, emotional distress, loss of enjoyment of life, and other non-economic harms, both in the past and continuing into the future.

25.     Because Defendants' negligent conduct caused Plaintiff's injuries, Defendants must be held liable to Plaintiff for a full, fair, and appropriate amount of damages.

WHEREFORE, Ms. Smith hereby DEMANDS THAT A JURY BE ASSEMBLED to decide the issues in this case; and Ms. Smith hereby requests judgment against the Defendants in amount determined by said jury, with such amount not to exceed $500,000.00.

Respectfully Submitted,

**MASSEY & ASSOCIATES, PC**

By: _s/Joshua R. Ward_____
   **Joshua Ward, 031329**
   **Lacey W. Rorex, 038110**
   6400 Lee Highway, Suite 101
   Chattanooga TN 37421
   Phone: (423) 697-4529
   Fax:(423) 634-8886
   Josh@masseyattorneys.com
   Lacey@masseyattorneys.com
   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served on the following persons on the day written below via CM/ECF:

Brad Fraser
900 S. Gay Street, Riverview Tower, Suite 1800
Knoxville, TN 37902
*Attorney for Tetra Tech Inc. and Tetra Tech EC Inc.*

This 22 day of January, 2024 2024.

MASSEY & ASSOCIATES, PC

By: s/ Joshua R. Ward
**Joshua Ward, 031329**
**Lacey W. Rorex, 038110**
6400 Lee Highway, Suite 101
Chattanooga TN 37421
Phone: (423) 697-4529
Fax:(423) 634-8886
Josh@masseyattorneys.com
Lacey@masseyattorneys.com
*Attorney for Plaintiff*